UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

LOS ANGELES PRESS CLUB; et al.,

      Plaintiffs - Appellees,

 v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

      Defendants - Appellants.

No. 25-5975

D.C. No.
2:25-cv-05563-HDV-E
Central District of California,
Los Angeles

ORDER

---

The motion (Docket Entry No. 8) for stay pending appeal, along with the motion (Docket Entry No. 9) to strike, are referred to the panel that will be assigned to decide the merits of this appeal.

The existing briefing schedule remains in effect. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(3).

The clerk will place this case on the calendar for January 2026. *See* 9th Cir. Gen Ord. 3.3(f).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT