IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LOS ANGELES PRESS CLUB, *et al.*,

     Plaintiffs-Appellees,

          v.

KRISTI NOEM, *et al.*,

     Defendants-Appellants.

No. 25-5975

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLACEMENT BRIEFS**

The government respectfully requests leave to file a corrected opening brief and a corrected reply in support of its motion for a stay pending appeal. Appellees do not object to this request.

The government recently became aware of two inadvertent errors, highlighted in bold text below. On page 30 of the opening brief, the second sentence should read "But Mr. Kerlikowske's opinions regarding the handling of violent protests are based mainly upon his experiences as Chief of Police in Seattle more than ~~25~~ **15** years ago." On page 9 of appellants' reply in support of their stay motion, the second-to-last full sentence should read "But those opinions are based mainly upon his experiences as Chief of Police in Seattle more than ~~25~~ **15** years ago." The government regrets these errors and has prepared corrected replacement versions of these filings.

The government has conferred with counsel for appellees. Appellees do not object to the filing of corrected replacement briefs.

## CONCLUSION

For these reasons, the government respectfully requests leave to file a corrected opening brief and a corrected reply in support of its motion for a stay pending appeal.

Respectfully submitted,

MARK R. FREEMAN
COURTNEY L. DIXON

/s/ Michael Shih

MICHAEL SHIH
*Attorneys, Appellate Staff*
*Civil Division, Room 7268*
*U.S. Department of Justice*
*950 Pennsylvania Avenue N.W.*
*Washington, D.C. 20530*
*(202) 353-6880*
*michael.shih@usdoj.gov*

OCTOBER 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 187 words according to the count of Microsoft Word.

/s/ Michael Shih
MICHAEL SHIH