UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LOS ANGELES PRESS CLUB; et al.,

    Plaintiffs - Appellees,

  v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

    Defendants - Appellants.

No. 25-5975

D.C. No.
2:25-cv-05563-HDV-E

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered April 01, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT